# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R RANDLE,<br><br>               Petitioner,<br>vs.<br>GUILERMINA HALL,<br>Warden,<br><br>               Respondent. | CASE NO. 07cv628BEN(CAB)<br><br>ORDER [D.E. #5] |

On April 6, 2007, Michael R. Randle ("Petitioner") filed a Petition for Writ of Habeas Corpus. ("Petition"). The Petition was dismissed without prejudice and granted leave to amend on June 4, 2007. On June 19, 2007, Petitioner filed a request to proceed *in forma pauperis*. On June 21, 2007, Petitioner paid the $5.00 filing fee.

Since the Petitioner has already paid the filing fee, Petitioner's Motion for Leave to Proceed *in forma pauperis* is **DENIED** as moot.

DATED: September 14, 2007

                                                Hon. Roger T. Benitez<br>
                                                United States District Judge

cc: ALL PARTIES